UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 07-cr-00170-SCB-MSS

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

PAUL F. LITTLE, a/k/a
"MAX HARDCORE,
"MAX STEINER" and
MAX WORLD ENTERTAINMENT, INC.,

       Defendant.
_____/

## ORDER EXTENDING PRE-TRIAL RELEASE LIMITATIONS ON TRAVEL

The Court having considered the ore tenus Motion to Extend the Limits of Travel on behalf of Defendant, PAUL F. LITTLE, it is hereby

ORDERED that the Defendant shall be permitted to travel without further Order of the Court throughout the continental United States with prior notice to his Pre-Trial Release Officer of the details of his travel itinerary. Any travel beyond the continental United States must be conducted under further Order of the Court.

DONE AND ORDERED this 24th day of January, 2008.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pretrial Services