UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                                                                  Case No. 8:07-cr-170-T-24 MSS

PAUL F. LITTLE
and
MAXWORLD ENTERTAINMENT, INC.

_____/

**O R D E R**

This cause comes before the Court for consideration of counsel for Defendant, James S. Benjamin's Oral Motion to Allow a Cellular Telephone in United States Courthouse. Having considered the motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that this motion is **GRANTED** as follows:

(1) Counsel for Defendant, James S. Benjamin, shall be allowed to bring one cellphone device into the courthouse for the remainder of the trial scheduled in the above case. Said cellphone device shall be kept in the "vibrate" or "silent" mode and may be used only outside of the courtroom.

(2) Persons authorized by this Order shall present a copy of this Order to security personnel each time they enter the courthouse with any of the electronic equipment herein permitted.

(3) All electronic equipment is subject to inspection by courthouse security personnel at their discretion.

2

**DONE AND ORDERED** at Tampa, Florida, this 2nd day of June, 2008.

Copies to:
Counsel of Record
U.S. Marshal/Court Security-Front Desk

SUSAN C. BUCKLEW
United States District Judge

2