IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                               ) | CASE NO. 8:07-cr-170-T-24 MSS |
| ) | |
| PAUL F. LITTLE,                        ) | |
|   a/k/a "Max Hardcore"            ) | |
|   a/k/a "Max Steiner," and       ) | |
| MAX WORLD ENTERTAINMENT, INC., ) | |
| ) | |
|         Defendants.                    ) | |

**O R D E R**

This cause comes before the Court on Defendants' Joint Motion for New Trial and/or Judgment of Acquittal. (Doc. No. 166.) Local Rule 3.01(a) provides that:

> In a motion or other application for an order, the movant shall include a concise statement of the precise relief requested, a statement of the basis for the request, and a memorandum of legal authority in support of the request, all of which the movant shall include in a single document *not more than twenty-five (25) pages*.

The Court notes that Defendants' motion is forty (40) pages in length, in violation of this Court's Local Rules. Accordingly, it is **ORDERED AND ADJUDGED** that Defendants' Joint Motion for New Trial and/or Judgment of Acquittal (Doc. No. 166) is **STRICKEN**.

**DONE AND ORDERED** at Tampa, Florida, this 17th day of June, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record